## MEMORANDUM DECISIONS.

---

ATLANTIC COAST LINE R. CO. v. RUTLAND. (Circuit Court of Appeals, Fifth Circuit. October 25, 1916.) No. 2950. In Error to the District Court of the United States for the Southern District of Georgia; Emory Speer, Judge. Stanley S. Bennet and L. W. Branch, both of Quitman, Ga., for plaintiff in error. Claude Payton, of Atlanta, Ga., for defendant in error. Before PARDEE and WALKER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. We find none of the assignments of error well taken. Judgment affirmed.